No. 471. CANUTE STEAMSHIP COMPANY, LIMITED, ET AL. *v.* PITTSBURGH & WEST VIRGINIA COAL COMPANY ET. AL. October 16, 1922. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. Charles R. Hickox* and *Mr. Delbert M. Tibbetts* for petitioners. *Mr. John W. Davis, Mr. Theodore Kiendl, Mr. Tracy L Teffords, Mr. R. R. Bennett* and *Mr. Thomas F. Barret* for respondents.

No. 474. SALEM TRUST COMPANY *v.* MANUFACTURERS' FINANCE COMPANY ET AL. October 16, 1922. Petition for a writ of certiorari to the Circuit Court of Appeals for the First Circuit granted. *Mr. Alexander Whiteside* for petitioner. *Mr. Robert G. Dodge* for respondents.

No. 476. THEODORE A. HEYER, DOING BUSINESS AS T. A. HEYER DUPLICATOR COMPANY, *v.* DUPLICATOR MANUFACTURING COMPANY. October 16, 1922. Petition for a writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Mr. Samuel Walker Banning* and *Mr. Thomas A. Banning* for petitioner. *Mr. George L. Wilkinson* for respondent.

No. 488. CHARLES L. CRAIG *v.* WILLIAM C. HECHT, U. S. MARSHAL. October 16, 1922. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. John P. O'Brien* and *Mr. Edmund L. Mooney* for petitioner. *Mr. Solicitor General Beck* and *Mr. William Haywood* for respondent.

No. 494. MATTHEW ADDY COMPANY *v.* UNITED STATES. October 16, 1922. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. *Mr. Nelson B. Cramer* for petitioner. No brief filed for the United States.